OPINION — AG — ** WORKERS' COMPENSATION — STATE AGENCY ** THE OKLAHOMA PLANNING AND RESOURCES BOARD IS AUTHORIZED UNDER 74 O.S. 344.19 [74-344.19](D) IN ITS DISCRETION TO CARRY WORKER'S COMPENSATION INSURANCE ON ANY OR ALL OF ITS EMPLOYEES, REGARDLESS, OF THE NATURE OF THE WORK ASSIGNED TO SUCH EMPLOYEES, AND REGARDLESS OF WHETHER OR NOT SUCH EMPLOYEES ARE ENGAGED IN " HAZARDOUS OCCUPATION " WITHIN THE MEANING OF 85 O.S. 1 [85-1] ET SEQ. CITE: 74 O.S. 344.19 [74-344.19] (RICHARD M. HUFF)